Case 7:22-cv-03446-KMK   Document 8   Filed 07/19/22   Page 1 of 1

MITCHELL PRONER (NY, CT, PA, MI, MO)
TOBI R. SALOTTOLO (NY)
VANESSA ANGELES (NY)

**OF COUNSEL**
TIMOTHY M. SCHAFER (CT, NY)
MARISA F. SCHAFER (CT, NY)
JONATHAN R. KLEE (NY, NJ)
ANDREW B. WOOLF (NY, FL, NJ)



# PRONER & PRONER

**ATTORNEYS AT LAW**
1 - 8 0 0 – 321 - 1234



63rd ANNIVERSARY
Est. 1958

**MEMO ENDORSED**

122 EAST 42nd STREET
SUITE 2015
NEW YORK, NY 10168
TEL: 212.986.3030
FAX: 917 633 4393

WWW.PROLAW1.COM

July 19, 2022

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601

    **RE:** *Ramirez v. Benitez Leyva*, 7:22-cv-03446

Dear Judge Karas:

    Pursuant to the Honorable Judge Karas' individual rules, we respectfully submit this letter-motion petitioning the court for an adjournment of the initial conference, scheduled on July 28, 2022. This office has not requested any prior extensions or adjournments from this court. Opposing counsel has consented to a two-week adjournment of the initial conference over a telephone conversation. This adjournment is being requested because I will be travelling outside of the country on the date of this conference on a family trip.

    Plaintiff respectfully request that the court grant our request to adjourn the initial conference by two weeks.

Granted. The conference is adjourned to 9/16/22, at 10:00. Safe travels.

So Ordered.
7/19/22

Respectfully submitted

Mitchell Proner

cc (by Email):   Francis J. Leddy, III—Fleddy@c-wlaw.com; &
                    Charles R. Isaacs—Gwright@c-wlaw.com
                    Cipriani & Werner
                    485 Rt. 1 South
                    Iselin, NJ 08830