MITCHELL PRONER (NY, CT, PA, MI, MO)
TOBI R. SALOTTOLO (NY)
VANESSA ANGELES (NY)



# PRONER & PRONER

ATTORNEYS AT LAW

**1 - 8 0 0 – 321 - 1234**



ANNIVERSARY
Est. 1958

122 EAST 42nd
STREET
SUITE 2015
NEW YORK, NY 10168
TEL: 212.986.3030
FAX: 917 633 4393

WWW.PROLAW1.COM

OF COUNSEL
TIMOTHY M. SCHAFER (CT, NY)
MARISA F. SCHAFER (CT, NY)
JONATHAN R. KLEE (NY, NJ)
ANDREW B. WOOLF (NY, FL, NJ)

January 16, 2023

Hon. Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, NY 10601

**SO ORDERED:**
The telephone conference scheduled for January 19, 2023 at 10:00 a.m. is canceled. The parties are directed to submit a stipulation of discontinuance to the Court by February 16, 2023.

_____Judith C. McCarthy_____ 1-17-23
JUDITH C. McCARTHY
United States Magistrate Judge

**RE:** *Ramirez v. Benitez Leyva*, 7:22-cv-03446

Dear Hon. Judith C. McCarthy:

Pursuant to Magistrate Judge McCarthy's individual rules, we respectfully submit this letter-motion to this court seeking an adjournment of the telephone conference scheduled on January 19, 2023. This office has requested two prior extensions or adjournments from this court. The court granted both of our prior request for adjournment. Opposing counsel has consented to an adjournment of the initial conference over e-mail. I request this adjournment because all parties have agreed to a settlement. My office is waiting for the return of the executed releases from the plaintiffs before we can submit a stipulation of discontinuance to the defendant's office.

Plaintiff respectfully requests that the court grant our request to adjourn the initial conference by three weeks.

Respectfully submitted

Mitchell Proner

cc (by Email):   Charles R. Isaacs—Gwright@c-wlaw.com
                 Cipriani & Werner
                 485 Rt. 1 South
                 Iselin, NJ 08830